Name and address:

Allison Frankel
125 Broad Street, 18th Floor
New York, NY 10004

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Richard Anthony Wilford

v.

Plaintiff(s)

James Engleman

Defendant(s).

CASE NUMBER

2:24-cv-01470-DDP-GJS

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Frankel, Allison B.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(929) 548-2847
*Telephone Number*      *Fax Number*

afrankel@aclu.org
*E-Mail Address*

of

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

☐ Plaintiff(s)  ☐ Defendant(s)  ☒ Other: Amici Curiae ACLU
*Name(s) of Party(ies) Represented*

and designating as Local Counsel

Camacho, Melissa
*Designee's Name (Last Name, First Name & Middle Initial)*

264024            (213) 977-9500
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

mcamacho@aclusocal.org
*E-Mail Address*

of

ACLU Foundation of Southern California
1313 West Eighth Street
Los Angeles, CA 90017
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated _____                    _____
                                        U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1