O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTHONY WILFORD,<br><br>Petitioner<br><br>v.<br><br>JAMES ENGLEMAN,<br><br>Respondent. | Case No. 2:24-cv-01470-DDP (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all documents filed and lodged in this action, the Report and Recommendation of United States Magistrate Judge [Dkt. 13, "Report"], Petitioner's Objections to the Report [Dkt. 16], and Respondent's Reply [Dkt. 17]. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of the matters to which objections have been stated.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: the

///

///

///

Petition is denied; and Judgment shall be entered dismissing this action with prejudice.

DATE: May 16, 2025

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE