JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EICHARD ANTHONY WILFORD, <br> Petitioner <br> v. <br> JAMES ENGELMAN, <br> Respondent. | Case No. 2:24-cv-01470-DDP (GJS) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: May 16, 2025

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE